# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 121 MM 2023

      Respondent           :

      v.                     :

MARIO MORANCY,             :

      Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, this Court's hold, entered on February 8, 2024, is LIFTED.  In light of the February 28, 2024 order of the Court of Common Pleas of Berks County, which reinstated Petitioner's allocatur rights *nunc pro tunc*, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DISMISSED AS MOOT.

    Petitioner is ALLOTTED 30 days from this order to submit his Petition for Allowance of Appeal.